# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Coach, Inc. and Coach Services, Inc.

v.

Akel, Inc. d/b/a J&R Supermarket; Ali Aqel, individually and d/b/a Akel, Inc. d/b/a J&R Supermarket

Case No. 14-cv-931
Hon. Janet T. Neff

TO: Ali Aqel d/b/a Akel, Inc. d/b/a J&R Supermarket
ADDRESS: 2582 Knapp Street NE
Grand Rapids, MI 49505

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Coach, Inc. and Coach Services, Inc.
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 229 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

TRACEY CORDES, CLERK OF COURT

By: Deputy Clerk     09/04/2014
                     Date

## PROOF OF SERVICE

This summons for ___Ali Aqel d/b/a Akel, Inc. d/b/a J&R Supermarket___ was received by me on _____.
(name of individual and title, if any)                                                                 (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Coach, Inc. and Coach Services, Inc.

v.

Akel, Inc. d/b/a J&R Supermarket; Ali Aqel, individually and d/b/a Akel, Inc. d/b/a J&R Supermarket

Case No. 14-cv-931
Hon. Janet T. Neff

TO: Akel, Inc. d/b/a J&R Supermarket
ADDRESS: 2582 Knapp Street NE
Grand Rapids, MI 49505

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Coach, Inc. and Coach Services, Inc.
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601

TRACEY CORDES, CLERK OF COURT

By: Deputy Clerk         09/04/2014
                         Date

---

## PROOF OF SERVICE

This summons for _____Akel, Inc. d/b/a J&R Supermarket_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                        _____
                                           Server's signature

Additional information regarding attempted service, etc.:
                                           _____
                                           Server's printed name and title

                                           _____
                                           Server's address